1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 STEVE RIVERS,                              1:12-cv-00228-SKO (PC)

12          Plaintiff,                        ORDER GRANTING MOTION TO
                                              PROCEED IN FORMA PAUPERIS
13      v.
                                              (Doc. 2)
14 GEORGE MAYNARD, et al.,

15          Defendants.

16 _____/

17      Plaintiff Steve Rivers, a civil detainee proceeding pro se, filed this civil rights action pursuant

18 to 42 U.S.C. § 1983 on February 17, 2012.  Plaintiff seeks leave to proceed in forma pauperis.  Good

19 cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED,

20 Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in

21 due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

22

23 IT IS SO ORDERED.

24 **Dated:    February 23, 2012**                     /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28

-1-